**Alvin Wayne BOOTH, Plaintiff—Appellant,**

v.

**Corr. Officer FISHER; Jimmy E. Weaver, Chairman; Lewis W. Barlow, Superintendent, Defendants—Appellees.**

**No. 06–7988.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 5, 2007.

Alvin Wayne Booth, Appellant Pro Se.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Wayne Booth appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Booth v. Corr. Officer Fisher*, No. 2:06–cv00633–WDK (E.D.Va. Nov. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*